# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BAC HOME LOANS SERVICING, L.P.**
**f/k/a COUNTRYWIDE HOME LOANS**
**SERVICING, L.P.,**

<b>Plaintiff,</b>

-vs-                                                    Case No.  6:11-cv-162-Orl-31DAB

**DAVID YIFRACH, et al,**

<b>Defendants.</b>

_____

## ORDER

This matter comes before the Court *sua sponte*.  This mortgage foreclosure case, which was removed to this Court on February 1, 2011, was filed in state court in August 2009.  Among other problems, the Notice of Removal (Doc. 1) fails to disclose any grounds upon which this Court might possess original jurisdiction over this matter, as required by 28 U.S.C. §1441(a) or to explain why the removal occurred so far outside the 30-day window set forth in 28 U.S.C. § 1446(b).  Accordingly, it is hereby

**ORDERED** that this case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 7, 2011.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party